UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 04-3245

AMERICAN STATES INSURANCE COMPANY

v.

ROBERT N. HODEN; DIANE S. HODEN, Co-Administrators of the Estate of Eric Hoden, Deceased,

Appellants

On Appeal from the United States District Court
for the Western District of Pennsylvania
District No. 03-cv-00110
District Judge: Honorable Sean J. McLaughlin

Submitted Pursuant to Third Circuit LAR 34.1(a)
July 14, 2005

Before: McKee, Sloviter, & Weis <u>Circuit Judges</u>

JUDGMENT

This cause came to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on May 13, 2004.

On consideration whereof, it is ORDERED AND ADJUDGED by this Court that

the order of the District Court on July 27, 2004 is affirmed. All of the above in accordance with the Opinion of this Court. Costs taxed against Appellants.

ATTEST:

*Kathleen [signature]*

Chief Deputy Clerk

Dated: August 1, 2005

**Certified as a true copy and issued in lieu
of a formal mandate on November 25, 2005**

Teste: *Marcia M. Waldron [signature]*

**Clerk, U.S. Court of Appeals for the Third Circuit.**